■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v FREDERICK BENZENO, Appellant. [919 NYS2d 897]—

Appeal by the defendant from a resentence of the County Court, Suffolk County (Braslow, J.), imposed February 4, 2010, pursuant to CPL 440.46, after a hearing, upon his conviction of criminal sale of a controlled substance in the third degree, which sentence was originally imposed, upon his plea of guilty, on April 11, 2003, the resentence being a determinate term of imprisonment of seven years and a period of postrelease supervision of three years.

Ordered that the resentence is modified, on the law, by vacating the period of postrelease supervision of three years; as so modified, the resentence is affirmed, and the matter is remitted to the County Court, Suffolk County, for the imposition of an appropriate period of postrelease supervision in accordance with Penal Law § 70.45 (2) (b).

Contrary to the defendant's contention, the term of imprisonment imposed was not excessive (*see People v Schreter*, 50 AD3d 930 [2008]; *People v Almanzar*, 43 AD3d 825, 826 [2007]; *People*

*v Suitte*, 90 AD2d 80 [1982]). However, as the People correctly concede, the three-year period of postrelease supervision imposed exceeds the statutorily authorized maximum (*see* Penal Law § 70.45 [2] [b]). Accordingly, we remit the matter to the County Court, Suffolk County, for the imposition of an appropriate period of postrelease supervision in accordance with Penal Law § 70.45 (2) (b). Rivera, J.P., Chambers, Hall and Lott, JJ., concur.